FILED
CLERK, U.S. DISTRICT COURT

6/29/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ CD _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:23-cr-00323-JFW |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1349: Conspiracy to Commit Bank Fraud; 18 U.S.C. §§ 1028(a)(7), (b)(1)(D): Unlawful Transfer, Possession, and Use of Means of Identification] |
| VANETDA CHAVETT WARD, | |
| Defendant. | |

The United States Attorney charges:

COUNT ONE

[18 U.S.C. § 1349]

A.   OBJECT OF THE CONSPIRACY

1.   Beginning on an unknown date, and continuing through at least in or around September 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant VANETDA CHAVETT WARD knowingly conspired with others known and unknown to the United States Attorney to commit bank fraud, in violation of Title 18, United States Code, Section 1344(2).

B.   MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED

2.   The object of the conspiracy was to be accomplished, in

substance, as follows:

a.   Defendant WARD and her co-conspirators would submit fraudulent applications for California EDD unemployment benefits in other people's names to be filed using mailing addresses under defendant WARD's control, including her residence in Los Angeles, California.

b.   Based upon those fraudulent applications, California EDD would mail debit cards and other correspondence to the addresses listed on the applications, including to defendant WARD's residence.

c.   After the debit cards from California EDD were received, defendant WARD and her co-conspirators would use those EDD debit cards in the names of others to withdraw cash from Bank of America ATMs.

C.   OVERT ACTS

3.   In furtherance of the conspiracy, and to accomplish its object, defendant WARD, together with others known and unknown to the United States Attorney, on or about the date set forth below, committed and caused to be committed various overt acts, in the Central District of California, and elsewhere, including, but not limited to, the following:

Overt Act No. 1: On or about August 17, 2020, defendant WARD received a California EDD card in the name of M.N. at defendant WARD's residence, based upon a fraudulent application that had been filed using stolen identity M.N.

Overt Act No. 2: On or about September 18, 2020, defendant WARD used EDD debit card ending in 0538 in the name of S.M., a California prison inmate, to withdraw $1,000 from a Bank of America ATM in Los Angeles, California, which was one of many ATM withdrawals totaling

approximately $11,800 that defendant WARD made using that
fraudulently obtained EDD debit card.

COUNT TWO

[18 U.S.C. §§ 1028(a)(7), (b)(1)(D)]

4.    On or about August 16, 2020, in Los Angeles County, within the Central District of California, defendant VANETDA CHAVETT WARD knowingly transferred, possessed, and used, without lawful authority, means of identification of another person, namely, the name and debit card number of M.N., in defendant WARD's residence in Los Angeles, California, with the intent to commit, to aid and abet the commission of, and in connection with the commission of, a violation of Federal law, namely, Conspiracy to Commit Bank Fraud, in violation of Title 18, United States Code, Section 1349, with said transfer, possession, and use affecting interstate and foreign commerce and resulting in obtaining anything of value aggregating $1,000 or more during any one year period.

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

BRADLEY E. MARRETT
Assistant United States Attorney
Deputy Chief, Santa Ana Branch
Office

CHARLES E. PELL
Assistant United States Attorney
Santa Ana Branch Office